IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LIONEL JEAN,                          :
                                      :
    Petitioner,                     :
                                      :
vs.                                   :  **CIVIL ACTION 06-0543-WS-M**
                                      :
DHS/ICE, et al.,                      :
                                      :
    Respondents.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED AS MOOT**.

**DONE** this 10th day of January, 2007.

        s/WILLIAM H. STEELE
        UNITED STATES DISTRICT JUDGE